1 | Laurence D. King (SBN 206423)
2 | Linda M. Fong (SBN 124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
3 | San Francisco, CA 94104
Telephone: 415-772-4700
4 | Facsimile: 415-772-4707
Email: lking@kaplanfox.com
5 |        lfong@kaplanfox.com

**E-Filed 12/20/2010**

*Attorneys for Plaintiff Gary Mabry*
*in Mabry v. Chen, et al.*, CV-10-5328-RS (N.D. Cal.)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GAYLORD LAPLANTE, On Behalf of
Himself and All Others Similarly Situated,

Plaintiff,

vs.

RAE SYSTEMS INC., ROBERT I. CHEN,
PETER C. HSI, RANDALL GAUSMAN,
LYLE D. FEISEL, SIGRUN HJELMQUIST,
JAMES W. POWER, KEH-SHEW LU,
SUSAN WANG, BATTERY VENTURES,

Defendants.

Case No.: CV-10-04944 JF

CLASS ACTION

~~(PROPOSED)~~ ORDER RELATING CASES

Hearing Date:  N/A
Hearing Time:  N/A
Courtroom:     Hon. Jeremy Fogel

1

(PROPOSED) ORDER RELATING CASES, CV-10-04944 JF

1  On December 8, 2010, Plaintiff Gary Mabry filed an Administrative Motion to Consider
2  Whether Cases Should Be Related. The time for filing an opposition or statement of support has
3  passed. The Court having considered the papers and pleadings on file, and good cause appearing,
4
5  HEREBY GRANTS Plaintiff Gary Mabry's Administrative Motion to Consider Whether
   Cases Should Be Related.
6
7  IT IS ORDERED that *Mabry v. Chen, et al..*, Case No. CV-10-5328-RS should be related to
8  *LaPlante v. RAE Systems Inc., et al.*, Case No. CV-10-04944-JF, and shall be reassigned to the
9  undersigned judge pursuant to local Rule 3-12(f).
10 **IT IS SO ORDERED**.
11 Dated: __12/20/2010__
12
13
14 THE HONORABLE JEREMY FOGEL
   U.S. DISTRICT COURT JUDGE

2

[PROPOSED] ORDER RELATING CASES, Case No. CV-10-04944 JF